UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHANNON BRUCE MORLEY,

                Plaintiff,

    v.

SCOTT BAUM,

                Defendant,

NO: 2:17-CV-0354-TOR

ORDER DISMISSING ACTION

By Order filed December 21, 2017, the Court directed Plaintiff, then a prisoner at the Spokane County Jail, to show cause why he should be granted *in forma pauperis* status. ECF No. 7. In the alternative, Plaintiff was directed to pay the $400.00 fee to commence this action as required by 28 U.S.C. § 1914.

Plaintiff had filed three or more prior actions which were dismissed as frivolous, malicious or for failure to state a claim. *See Morley v. Thomas et al.*, 2:02-CV-0310-CI*; Morley v. Spokane County Jail et al.,* 2:04-CV-5047-LRS*;* and *Morley v. Department of Corrections et al.,* 2:04-CV-5092-LRS. Therefore, he lost the

ORDER DISMISSING ACTION ~ 1

privilege of filing additional suits *in forma pauperis* unless he could demonstrate that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff did not make this showing.

Although advised of his obligation to do so, ECF No. 5, Plaintiff has not kept the Court informed of his current address. Documents sent to Plaintiff have been returned as undeliverable, ECF No. 6. The Court discovered Plaintiff's address at FCI Herlong, served the Order to Show Cause there, but has been informed Plaintiff is no longer resident there. The Court has attempted but has been unable to locate a current address for Plaintiff, and must assume Plaintiff has chosen to abandon this action.

Therefore, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to pay the statutory filing fee to commence this action as required by 28 U.S.C. § 1914.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at a last known address, and **close** the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** January 30, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING ACTION ~ 2